1  **BRYAN CAVE LEIGHTON PAISNER LLP**
   Leslie H. Helmer, California Bar No. 150296
2  lhhelmer@bcpllaw.com
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:   (310) 576-2100
4  Facsimile:   (310) 576-2200

5  **BRYAN CAVE LEIGHTON PAISNER LLP**
   Thomas Lee, California Bar No. 275706
6  tom.lee@bclplaw.com
   Three Embarcadero Center, 7th Floor
7  San Francisco, California 94111-4070
   Telephone:   (415) 675-3400
8  Facsimile:   (415) 675-3434

9  Attorneys for Defendant
   WALGREEN CO.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO MARIN, | Case No. 3:18-cv-03753-EDL |
| Plaintiff, | (Alameda County Superior Court Case No. RG18904108) |
| v. | **STIPULATION TO EXTEND TIME TO PRODUCE DOCUMENTS AND INFORMATION PURSUANT TO GENERAL ORDER 71** |
| WALGREENS SPECIALTY PHARMACY, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant Walgreen Co. ("Defendant") and Plaintiff Francisco Marin ("Plaintiff") (referred to collectively herein as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff filed his First Amended Complaint on July 30, 2018, and Defendant filed its answer on August 17, 2018.

2. Pursuant to this Court's General Order 71 the Parties are required to disclose information and documents on September 17, 2018.

12173295.1

1

3. The Parties have met and conferred, and respectfully request that the deadline to provide disclosures of disclosed information and all documents in compliance with General Order 71 be extended to September 27, 2018.

4. This stipulated extension will not alter the date of any event or any deadline already fixed by Court Order other than the General Order 71 disclosure deadline, and the Parties agree that they will not suffer any prejudice as a result of the extension.

**IT IS SO STIPULATED.**

Dated:   September 14, 2018                **BRYAN CAVE LEIGHTON PAISNER  LLP**
                                           Leslie H. Helmer
                                           Thomas S. Lee

                                           By: /s/ Thomas S. Lee
                                                   Thomas S. Lee
                                           Attorneys for Defendant
                                           WALGREEN CO.

Dated:   September 14, 2018                **SIEGEL, YEE & BRUNNER**
                                           Dan Siegel
                                           Jane Brunner
                                           Kevin Brunner


                                           By: /s/ Janes Brunner
                                                   Jane Brunner
                                           Attorneys for Plaintiff
                                           FRANCISCO MARIN

12173295.1

1  Pursuant to Civil Local Rule 5-1(i)(3), the filer, Thomas Lee, attests that all other
2  signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and
3  have authorized the filing.
4

5

6  Dated: September 14, 2018          **BRYAN CAVE LEIGHTON PAISNER  LLP**
                                      Leslie H. Helmer
7                                     Thomas S. Lee

8
                                      By: /s/ Thomas S. Lee
9                                           Thomas S. Lee
                                      Attorneys for Defendant
10                                    WALGREEN CO.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Pursuant to the stipulation and request of Defendant Walgreen Co., and Plaintiff Francisco Marin that the deadline to provide disclosures pursuant to General Order 71 be continued from September 17, 2018, to September 27, 2018:

IT IS HEREBY ORDERED, that the Parties' request is granted, and the Parties are hereby ordered to comply with the disclosure requirements of General Order 71 no later than September 27, 2018.

                                              Magistrate Judge Elizabeth D. Laporte